# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                   Plaintiff,<br><br>    vs.<br><br>Ulises Ignacio Rizo      ,<br><br>                   Defendant. | Case No.    24-cr-01593-BAS-2<br><br><br>JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, EXONERATE BOND AND RELEASE OF PASSPORT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

Dated:    1/22/2026

_Jill Burkhardt_

Hon. Jill L. Burkhardt
United States Magistrate Judge